ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 20 2009
CENTRAL DISTRICT OF CALIFORNIA
BY

FILED
CLERK, U.S. DISTRICT COURT
JUL 19 2009
CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIANCARLO PERTILE,<br><br>Plaintiff,<br><br>vs.<br><br>DEPUTY U.S. MARSHALL JUSTIN DAVIS, et al.,<br><br>Defendants. | Case No. CV 08-6534-AG (DTB)<br><br>**J U D G M E N T** |

In accordance with the Order re Dismissal of Action for Failure to Prosecute,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: July 15, 2009

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE